UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Stroop, Joshua L.

Case No.: 17-27304
Chapter: 7
Judge: CMG

**NOTICE OF PROPOSED ABANDONMENT**

__Daniel E. Straffi__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __January 2, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Manalapan Rd Lot 8, Block 10.2
Spotswood, NJ
FMV - +/-$ 4,200.00
Vacant Land

Liens on property:
Borough of Spotswood - $148.36

Plus 10% Estimated Costs of Sale

Amount of equity claimed as exempt: $4,200.00

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq.
Address: 670 Commons Way Toms River, NJ 08755
Telephone No.: 732-341-3800

*rev.8/1/15*

```
                                United States Bankruptcy Court
                                     District of New Jersey

In re:                                                                         Case No. 17-27304-CMG
Joshua L Stroop                                                                Chapter 7
         Debtor                          CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2                  Date Rcvd: Nov 29, 2017
                              Form ID: pdf905              Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2017.
db             +Joshua L Stroop,    4 Short Street,    Spotswood, NJ 08884-1558
517030570       American Express,    PO Box 7871,    Fort Lauderdale, FL 33329
517030571      +American Express DSNB,    PO Box 8218,    Mason, OH 45040-8218
517030572      +Barclays Bank,    1007 Orange Street, Suite 1541,     PO Box 26182,   Wilmington, DE 19899-6182
517030573      +Borough of Spotswood Tax Collector,     77 Summerhill Road,    Spotswood, NJ 08884-1233
517030574      +Cap1/Bstby,    PO Box 30253,    Salt Lake City, UT 84130-0253
517030575       Cap1/Ymaha,    PO Box 30258,    Salt Lake City, UT 84130-0258
517030576       Capital One,    PO Box 85133,    Richmond, VA 23285-5133
517030577      +Capital One N.A. / Kohls,     c/o Qualia Collection Services,    PO Box 4699,
                 Petaluma, CA 94955-4699
517030578      +Central Credit Control,    916 South 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
517030579       Chase,   PO Box 15298,    Wilmington, DE 19850-5298
517030583      +DSNB Macy's,    9111 Duke Blvd,    Mason, OH 45040-8999
517030582      +Drive New Jersey Insurance Company and,     Drive NJ Ins Co aso Luis Buitrago,
                 c/o Robert P. Gammel, Esq.,    1029 Teaneck Road, 2nd Floor,    Teaneck, NJ 07666-4514
517030588      +Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
517030589       Keymed Data Services,    PO Box 1870,    Cary, NC 27512-1870
517030591       Linebarger Goggan Blair & Sampson, LLP,     Attorneys At Law,    PO Box 90128,
                 Harrisburg, PA 17109-0128
517030592       Mercantile Adjustment Bureau,    165 Lawrence Bell Drive,     Suite 100,
                 Williamsville, NY 14221-7900
517030596       Sears Credit Cards,    PO Box 6282,    Sioux Falls, SD 57117-6282
517030601      +The Dermatology Group,    347 Mt. Pleasant Avenue, Suite 205,     West Orange, NJ 07052-2749
517030602      +Wells Fargo Financial National Bank,     PO Box 14595,    Des Moines, IA 50306-3595
517030603      +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 29 2017 23:16:03     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 29 2017 23:16:00     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517030580       E-mail/Text: cio.bncmail@irs.gov Nov 29 2017 23:15:33     Department of the Treasury,
                 Internal Revenue Service,    PO Box 9012,   Holtsville, NY 11742-9012
517030581       E-mail/Text: mrdiscen@discover.com Nov 29 2017 23:15:17     Discover,    PO Box 30421,
                 Salt Lake City, UT 84130-0421
517030584      +E-mail/Text: bknotice@erccollections.com Nov 29 2017 23:16:05      ERC,   8014 Bayberry Road,
                 Jacksonville, FL 32256-7412
517030587      +E-mail/Text: bankruptcy.notices@hdfsi.com Nov 29 2017 23:16:35      HD Credit,
                 3850 Arrowhead Drive,    Carson City, NV 89706-2016
517030585      +E-mail/Text: bankruptcy.notices@hdfsi.com Nov 29 2017 23:16:36      Harley Davidson,
                 4150 Technology Way PVC,    Carson City, NV 89706-2026
517030586      +E-mail/Text: bankruptcy.notices@hdfsi.com Nov 29 2017 23:16:36      Harley Davidson,
                 3850 Arrowhead Drive,    Carson City, NV 89706-2016
517030590       E-mail/Text: bnckohlsnotices@becket-lee.com Nov 29 2017 23:15:22      Kohls,   PO Box 2983,
                 Milwaukee, WI 53201-2983
517030593       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 29 2017 23:17:49
                 Portfolio Recovery Assoc LLC,    c/o Thomas Murtha, Esq.,    140 Corporate Blvd,
                 Norfolk, VA 23502
517030594       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 30 2017 09:01:48
                 Portfolio Recovery Associates LLC,    140 Cororate Boulevard,    Norfolk, VA 23502
517030595      +E-mail/Text: bkrpt@retrievalmasters.com Nov 29 2017 23:15:59      RMCB,
                 4 Westchester Plaza, Suite 110,    Elmsford, NY 10523-3835
517030598      +E-mail/PDF: gecsedi@recoverycorp.com Nov 29 2017 23:17:41      SYNCB/JCP,    PO Box 965007,
                 Orlando, FL 32896-5007
517030599      +E-mail/PDF: gecsedi@recoverycorp.com Nov 29 2017 23:17:13      SYNCB/Lowes,    PO Box 965005,
                 Orlando, FL 32896-5005
517030600       E-mail/PDF: gecsedi@recoverycorp.com Nov 29 2017 23:17:13      SYNCB/Old Navy,    PO Box 965004,
                 Orlando, FL 32896-5004
517030597       E-mail/Text: bankruptcy@sw-credit.com Nov 29 2017 23:16:03     Southwest Credit,
                 4120 International Pkwy, Suite 1100,    Carrollton, TX 75007-1958
                                                                                               TOTAL: 16

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Nov 29, 2017
                              Form ID: pdf905          Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2017 at the address(es) listed below:
          Daniel E Straffi    on behalf of Trustee Daniel E Straffi dstraffi1@comcast.net,
           dstraffi@ecf.epiqsystems.com
          Daniel E Straffi    dstraffi1@comcast.net,  dstraffi@ecf.epiqsystems.com
          Henry  Chudzik, Jr.    on behalf of Debtor Joshua L Stroop nicole@chudziklaw.com
          Rebecca Ann Solarz    on behalf of Creditor   Harley-Davidson rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                TOTAL: 5
```