**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Joshua L Stroop <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7178 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–27304–CMG | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joshua L Stroop

1/26/18

**By the court:** Christine M. Gravelle
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

```
                            United States Bankruptcy Court
                                  District of New Jersey

In re:                                                          Case No. 17-27304-CMG
Joshua L Stroop                                                 Chapter 7
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin                  Page 1 of 2                  Date Rcvd: Jan 26, 2018
                               Form ID: 318                 Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2018.
db             +Joshua L Stroop,    4 Short Street,    Spotswood, NJ 08884-1558
517030571      +American Express DSNB,    PO Box 8218,    Mason, OH 45040-8218
517030573      +Borough of Spotswood Tax Collector,    77 Summerhill Road,    Spotswood, NJ 08884-1233
517030575       Cap1/Ymaha,    PO Box 30258,    Salt Lake City, UT 84130-0258
517030577      +Capital One N.A. / Kohls,    c/o Qualia Collection Services,    PO Box 4699,
                 Petaluma, CA 94955-4699
517030578      +Central Credit Control,    916 South 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
517030582      +Drive New Jersey Insurance Company and,    Drive NJ Ins Co aso Luis Buitrago,
                 c/o Robert P. Gammel, Esq.,    1029 Teaneck Road, 2nd Floor,    Teaneck, NJ 07666-4514
517030588      +Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
517030589       Keymed Data Services,    PO Box 1870,    Cary, NC 27512-1870
517030591       Linebarger Goggan Blair & Sampson, LLP,    Attorneys At Law,    PO Box 90128,
                 Harrisburg, PA 17109-0128
517030592       Mercantile Adjustment Bureau,    165 Lawrence Bell Drive,    Suite 100,
                 Williamsville, NY 14221-7900
517030601      +The Dermatology Group,    347 Mt. Pleasant Avenue, Suite 205,    West Orange, NJ 07052-2749

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QDESTRAFFI.COM Jan 26 2018 23:03:00      Daniel E Straffi,    Straffi & Straffi, LLC,
                 670 Common Way,    Toms River, NJ 08755-6431
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 26 2018 23:34:16      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 26 2018 23:34:13      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517030570       EDI: AMEREXPR.COM Jan 26 2018 23:03:00      American Express,    PO Box 7871,
                 Fort Lauderdale, FL 33329
517030572      +EDI: TSYS2.COM Jan 26 2018 23:03:00      Barclays Bank,    1007 Orange Street, Suite 1541,
                 PO Box 26182,    Wilmington, DE 19899-6182
517030574      +EDI: CAPITALONE.COM Jan 26 2018 23:03:00      Cap1/Bstby,    PO Box 30253,
                 Salt Lake City, UT 84130-0253
517030576      +EDI: CAPITALONE.COM Jan 26 2018 23:03:00      Capital One,    PO Box 85133,
                 Richmond, VA 23285-5133
517030579       EDI: CHASE.COM Jan 26 2018 23:03:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
517030583      +EDI: TSYS2.COM Jan 26 2018 23:03:00      DSNB Macy's,    9111 Duke Blvd,    Mason, OH 45040-8999
517030580       EDI: IRS.COM Jan 26 2018 23:03:00      Department of the Treasury,    Internal Revenue Service,
                 PO Box 9012,    Holtsville, NY 11742-9012
517030581       EDI: DISCOVER.COM Jan 26 2018 23:03:00      Discover,    PO Box 30421,
                 Salt Lake City, UT 84130-0421
517030584      +E-mail/Text: bknotice@erccollections.com Jan 26 2018 23:34:19      ERC,    8014 Bayberry Road,
                 Jacksonville, FL 32256-7412
517030587      +E-mail/Text: bankruptcy.notices@hdfsi.com Jan 26 2018 23:34:53      HD Credit,
                 3850 Arrowhead Drive,    Carson City, NV 89706-2016
517030585      +E-mail/Text: bankruptcy.notices@hdfsi.com Jan 26 2018 23:34:53      Harley Davidson,
                 4150 Technology Way PVC,    Carson City, NV 89706-2026
517030586      +E-mail/Text: bankruptcy.notices@hdfsi.com Jan 26 2018 23:34:53      Harley Davidson,
                 3850 Arrowhead Drive,    Carson City, NV 89706-2016
517030590       EDI: CBSKOHLS.COM Jan 26 2018 23:03:00      Kohls,    PO Box 2983,    Milwaukee, WI 53201-2983
517030593       EDI: PRA.COM Jan 26 2018 23:03:00      Portfolio Recovery Assoc LLC,    c/o Thomas Murtha, Esq.,
                 140 Corporate Blvd,    Norfolk, VA 23502
517030594       EDI: PRA.COM Jan 26 2018 23:03:00      Portfolio Recovery Associates LLC,
                 140 Cororate Boulevard,    Norfolk, VA 23502
517030595      +EDI: RMCB.COM Jan 26 2018 23:03:00      RMCB,    4 Westchester Plaza, Suite 110,
                 Elmsford, NY 10523-3835
517030598      +EDI: RMSC.COM Jan 26 2018 23:03:00      SYNCB/JCP,    PO Box 965007,    Orlando, FL 32896-5007
517030599      +EDI: RMSC.COM Jan 26 2018 23:03:00      SYNCB/Lowes,    PO Box 965005,    Orlando, FL 32896-5005
517030600       EDI: RMSC.COM Jan 26 2018 23:03:00      SYNCB/Old Navy,    PO Box 965004,
                 Orlando, FL 32896-5004
517030596       EDI: SEARS.COM Jan 26 2018 23:03:00      Sears Credit Cards,    PO Box 6282,
                 Sioux Falls, SD 57117-6282
517030597       EDI: SWCR.COM Jan 26 2018 23:03:00      Southwest Credit,    4120 International Pkwy, Suite 1100,
                 Carrollton, TX 75007-1958
517030602      +EDI: WFFC.COM Jan 26 2018 23:03:00      Wells Fargo Financial National Bank,    PO Box 14595,
                 Des Moines, IA 50306-3595
517030603      +EDI: WFFC.COM Jan 26 2018 23:03:00      Wells Fargo Home Mortgage,    PO Box 10335,
                 Des Moines, IA 50306-0335
                                                                                              TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-3          User: admin               Page 2 of 2                Date Rcvd: Jan 26, 2018
                              Form ID: 318              Total Noticed: 38

aty*            +Daniel E Straffi,    Straffi & Straffi, LLC,    670 Common Way,    Toms River, NJ 08755-6431
                                                                                         TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2018 at the address(es) listed below:
          Daniel E Straffi    on behalf of Trustee Daniel E Straffi dstraffi1@comcast.net,
           dstraffi@ecf.epiqsystems.com
          Daniel E Straffi    dstraffi1@comcast.net, dstraffi@ecf.epiqsystems.com
          Henry  Chudzik, Jr.   on behalf of Debtor Joshua L Stroop nicole@chudziklaw.com
          Rebecca Ann Solarz    on behalf of Creditor   Harley-Davidson rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```